PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Sonny Signo                                      Cr.: 10-00107-001
                                                                   PACTS Number: 16113

Name of Sentencing Judicial Officer: The Honorable Edmund V. Ludwig, Eastern District of Pennsylvania, and the Honorable Berle M. Schiller, Eastern District of Pennsylvania. The Honorable Katharine S. Hayden, District of New Jersey accepted jurisdiction of this case on February 17, 2010

Date of Original Sentence: February 27, 1997 (Mail Fraud); and December 11, 2008 (Failure to Surrender for Service of Sentence)

Original Offense: Mail Fraud and Failure to Surrender for Service of Sentence

Original Sentence: 12 months and one day, three (3) years supervised release.; 10 months consecutive to Mail Fraud sentence.

Type of Supervision: Supervised Release                            Date Supervision Commenced: 12/04/09

## PETITIONING THE COURT

[ ]  To extend the term of supervision for _____ Years, for a total term of _____ Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.

## CAUSE

The offender stated that he is suffering from anxiety and depression, and was treated for both with medications while incarcerated. The offender expressed the need for mental health treatment.

Respectfully submitted,
By: Edward J. Irwin
U.S. Probation Officer
Date: 03/02/10

THE COURT ORDERS:

[X]  The Modification of Conditions as Noted Above
[ ]  The Extension of Supervision as Noted Above
[ ]  No Action
[ ]  Other

_____
Signature of Judicial Officer

_____
Date